AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 13, 2021**

SEAN F. McAVOY, CLERK

James Bohn,
*an individual*

*Plaintiff*

v.

CHELAN COUNTY, a municipal corporation, THE UNITED STATES OF AMERICA, THE UNITED STATES BUREAU OF RECLAMATION, and THE UNITED STATES NATIONAL PARK SERVICE,

*Defendants*

Civil Action No.   2:20-CV-00257-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The United States' Motion to Dismiss, ECF No. 23, is GRANTED. Plaintiff's Complaint, ECF No. 1-1 at 7–15 is DISMISSED WITH PREJUDICE with all parties to bear their own costs and attorney fees.  JUDGMENT is in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Salvador Mendoza, Jr.   on a motion  to dismiss.

Date:   April 13, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza